IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

RSR Sales, Inc.
d/b/a EchoValley Products
a Michigan Corporation,
   Plaintiff,         Case No. 4:07-cv-14766
v.                Hon.  Paul V. Gadola

Caffco Imports, Inc.
an Alabama Corporation

   Defendant.
_____/
Julie A. Greenberg (P38299)
John G. Posa (P49445)
Allen Krass (P16218)
Gifford, Krass, Sprinkle,
 Anderson, & Citkowski, P.C.
2701 Troy Center Drive, Suite 330
P.O. Box 7021
Troy, MI  48007
(248) 647-6000
(248) 647-5210 (Fax)
*Attorneys for Plaintiff*
_____/

## AMENED ORDER TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT

This matter is before the Court on the MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff shall be granted an extension of sixty (60) days from March 5, 2008 to serve the Summons and Complaint upon the Defendant.

IT IS SO ORDERED:

Dated:  March 10, 2008       s/Paul V. Gadola
                Honorable Paul V. Gadola
                United States District Judge